UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DAVIS,<br><br>            Petitioner,<br><br>     v.<br><br>MICHEL LEJEUNE,<br><br>            Respondent. | Case No.: 1:21-cv-01783 JLT BAK (HC)<br><br>ORDER DISQUALIFYING DISTRICT JUDGE AND DIRECTING THE CLERK'S OFFICE TO REASSIGN THE MATTER |

This matter was reassigned recently to the undersigned as the presiding District Judge. Previously, the undersigned issued Findings and Recommendations regarding Petitioner's petition for writ of habeas corpus. (Doc. 5.) Accordingly, the Court **ORDERS**: The assigned District Judge disqualifies herself from all proceedings of the present action. The Clerk of Court is directed to randomly assign the action to another United States District Judge.

IT IS SO ORDERED.

  Dated:   **April 1, 2022**                                   /s/ Jennifer L. Thurston
                                                                        UNITED STATES DISTRICT JUDGE